# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JOSEPH, | No. 2:12-CV-1935-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| C. SMITH, et al., | |
|     Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's document entitled "Motion to Amend These Exhibits" (Doc. 10). In his motion, plaintiff seeks leave to submit additional exhibits in support of his motion for appointment of counsel. Because plaintiff's motion for appointment of counsel has been denied, the instant request is now moot.[1]

/ / /

/ / /

---

[1] To the extent the court may not have considered the documentation attached to the current motion when it considered plaintiff's motion for appointment of counsel, the court has re-examined both the motion and the exhibits and does not find that reconsideration of the order denying appointment of counsel is warranted.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 10) is denied.

DATED: February 28, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE