IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JOSEPH, | No. 2:12-CV-1935-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C. SMITH, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff seeks the appointment of counsel (Doc. 14). The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). A finding of "exceptional circumstances" requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims on his own in light of the complexity of the legal

issues involved.  See Terrell, 935 F.2d at 1017.  Neither factor is dispositive and both must be viewed together before reaching a decision.  See id.

In the present case, the court does not at this time find the required exceptional circumstances.  First, the court notes that plaintiff's complaint is well-written and well-organized.  Second, the issues presented in the complaint – whether defendants violated plaintiff's Eighth Amendment rights – are not overly complex.  In light of the relative low complexity of the issues involved, the court finds at this time that plaintiff is able to articulate his claims on his own.  Finally, the court cannot say at this early stage of the proceedings that plaintiff has a likelihood of success on the merits.  For all these reasons, the required exceptional circumstances to do not exist.  Plaintiff's motion for the appointment of counsel will be denied.

Plaintiff's amended complaint will be addressed separately.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel (Doc. 14) is denied.

DATED: February 4, 2014

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE